IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**PAULA HOLMAN**                                                                                      **PLAINTIFF**

vs.                            Civil No. 6:20-cv-06026

**ANDREW SAUL,**                                                               **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 12th day of November, 2020, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                       /s/ *Barry A. Bryant*
                                                                       HON. BARRY A. BRYANT
                                                                       U. S. MAGISTRATE JUDGE